✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

2:23 pm, May 14 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, James J. Jenkins, a Special Agent with the U.S. Department of State, Diplomatic Security Service, in Baltimore, Maryland, being duly sworn, deposes and states as follows:

## I. INTRODUCTION

1. This affidavit is submitted in support of a criminal complaint charging **David Amao ("Amao")** with passport fraud, in violation of 18 U.S.C. § 1543. Based on the facts set forth herein, your affiant has probable cause to believe that **Amao** used a fraudulent South African passport in the name of John Williams to open bank accounts in the name of John Williams Tech LLC.

2. The facts set forth in this affidavit are known to me as a result of my participation in this investigation, from information provided to me by other law enforcement officers and government officials, and from records, documents, and other evidence obtained during this investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation, but rather those facts that I believe are necessary to establish probable cause that **Amao** committed the crime referenced above. References to dates, times, places, and amounts are intended to be approximate. Everything set forth in this affidavit is true to the best of my knowledge and belief.

3. I am a Special Agent with the U.S. Department of State, Diplomatic Security Service, and have been employed by the Department of State since September 2011. I am currently assigned to Homeland Security Investigations' Document and Benefit Fraud Task Force in Baltimore, MD. This task force investigates, among other things, frauds related to

documents and identities. I am empowered under 22 U.S.C. § 2709 to obtain and serve federal arrest and search warrants.

## II. PROBABLE CAUSE

### A. Summary of the Investigation

4. Your affiant is part of a team of federal agents and officers from multiple law enforcement agencies, led by the Office of the Inspector General of the U.S. Department of Health and Human Services, working on a nationwide investigation of schemes to defraud state Medicaid programs in at least ten different states.

5. Your affiant's investigation in Maryland has focused on **Amao's** receipt of more than $4 million in diverted Medicaid payments and other fraudulently obtained funds into bank accounts opened on behalf of a Maryland entity named John Williams Tech LLC. All of the John Williams Tech LLC accounts reviewed by your affiant were opened by an individual named John Williams[1] and have a Maryland address. The evidence shows that John Williams is a false identity and that a fraudulent passport in that name was used as a means of identification to open accounts at multiple banks.

6. Your affiant submits that the information in this affidavit establishes probable cause to believe that **Amao** used the fraudulent John Williams passport, and that the image on the John Williams passport is the same person shown in a known photo of **Amao** obtained by your affiant from government records.

7. Once the fraudulently obtained money was deposited into the John Williams Tech LLC accounts, your affiant submits that there is probable cause to believe **Amao** engaged in

---

[1] One account appears to have been opened in the name "John William" but this appears to have been corrected to "John Williams."

2

multiple financial transactions to transfer and remove the fraudulently obtained funds, including withdrawals and checks. Ultimately, your affiant submits that there is probable cause to believe **Amao** used a portion of the funds to purchase luxury Mercedes vehicles. Your affiant also has evidence that the fraudulent John Williams passport was used in the purchase of luxury vehicles from several auto dealerships.

### B. Fraudulently Diverted Ohio Funds

8. Your affiant has reviewed an Ohio State Highway Patrol report, an Ohio Office of Budget and Management ("OBM") investigatory record, and associated files. Based on these records, your affiant learned that, in or about September 2020, OBM staff reported to law enforcement that multiple fraudulent electronic funds transfer ("EFT") forms were submitted to OBM for the purpose of changing the bank account information on file for payments for two different Ohio health care providers.

9. Among these bogus EFT forms, OBM received an EFT form on or about July 20, 2020 and another EFT form on or about July 23, 2020, requesting to change the bank account on file for "Ohio Hospital-1" to a Chase bank account ending in 2506 ("CB 2506"), which purported to be an new bank account for Ohio Hospital-1. The federal investigation has revealed that the CB 2506 account was not in fact an account belonging to Ohio Hospital-1. As a result of this fraud, approximately $3.5 million in payments intended for Ohio Hospital-1 were deposited into CB 2506.

10. Bank records for CB 2506 show the account was purportedly opened in or around April 2020 in Baltimore by an individual purportedly named John Williams. The account was held in the name of John Williams Tech LLC, with a purported address of 1829 Reisterstown Road, Suite 350, Pikesville, MD. CB 2506 records included a copy of a South African passport

in the name of John Leki Williams, a crop of which is shown below. The criminal complaint charges **Amao** with fraudulent use of the passport in connection with the opening of this account.



11. Your affiant searched U.S. Government travel records both by the passport number A42165972 and by the name/date of birth (John Williams/September 12, 1982) identified on the purported passport.[2] There were no matches to either query. Additionally, your affiant obtained written confirmation from a South African government official that South Africa has no record of any South African passport bearing the name John Leki Williams (with the date of birth listed on the passport) or bearing that passport number in the Traveller's Record System.

12. Through the use of subpoenas, including debit/check card transactions from John Williams Tech LLC accounts, and other investigative information, investigators were able to identify **Amao** as the individual likely posing as John Williams. Your affiant has obtained a known photograph of **Amao** from the Maryland Motor Vehicle Administration ("MVA"). Your affiant compared **Amao's** Maryland driver's license photo (#1) to the photo on the fake John

---

[2] The date range on the search was July 4, 2017 (the date of issuance on the passport) to May 11, 2021.

4

Williams South African passport (#2).³ As shown below, your affiant submits that the photos bear a strong resemblance to one another and, therefore, that there is probable cause to believe that the two images/photographs are of the same person:



(#1)          (#2)

13. The majority of the money coming into CB 2506 from Ohio was quickly removed from CB 2506 after it was deposited. Specifically, between approximately July 31, 2020 and September 3, 2020, more than $1.7 million of the diverted Ohio payments were transferred via check to other accounts held by John Williams Tech LLC, while an additional approximately $880,000 of the proceeds were withdrawn via checks to other entities. In total, more than approximately $2.6 million of the approximately $3.5 million in deposits was removed from CB 2506 within a little more than one month.⁴

14. Based on these checks, your affiant submits that there is probable cause to believe **Amao** moved a portion of the fraudulently obtained funds to other accounts. According to CB 2506 records, some of the funds from CB 2506 were disbursed in a $64,500 check dated August

---

³ The crop is taken from a copy of the John Williams passport obtained from another source during the investigation because the image quality is better.

⁴ Based on information to date, it appears that some of the funds in this account and in another account discussed later that received Colorado funds were frozen or held by the banks, likely for recall.

5

3, 2020, and made payable to Calypso Plumbing Inc. CB 2506 funds were also disbursed in a $65,800 check, which was dated August 31, 2020, and made payable to Bright Electric Services LLC.

15. On or about September 3, 2020, the $64,500 check was deposited into a Calypso Plumbing Inc. account at Bank of America ending in 1743 ("BOA 1743"). Bank of America provided video of the $64,500 deposit. The video is marked "Reistertown-118317," which your affiant believes means that the deposit occurred in the Reisterstown area of greater Baltimore. Below is a cropped image from the video of the person conducting the deposit, whom your affiant submits is similar in appearance to **Amao**:



16. Bank of America also provided surveillance footage of additional transactions in BOA 1743, which your affiant submits constitute additional evidence that **Amao** used BOA 1743. Your affiant has included below the known photo of **Amao** (#1) next to additional cropped images from the surveillance that Bank of America provided:



|  #1  |  #2  |  #3  |  #4  |

17. On or about August 31, 2020, the $65,800 check (constituting proceeds of the Ohio deposit into CB 2506) was deposited into a Bright Electric Services LLC account at Bank of America ending in 0240 ("BOA 0240"). BOA 0240 surveillance records from August 31, 2020, again marked as "Reistertown-118317," show the following individual making the deposit:



18. Bank of America also provided surveillance images of other BOA 0240 transactions. Shown below is the known photo of **Amao** (#1) and surveillance crops (#2-#5).

7



(#1)  (#2)  (#3)

(#4)  (#5)

19.     Despite the facemask visible in the images from BOA 1743 and BOA 0240, your affiant submits that there is probable cause to believe that **Amao** was the person shown engaging in the BOA 1743 and BOA 0240 transactions above.

**C. Purchase of Luxury Vehicles with Fraud Proceeds**

20.     Among the John Williams Tech LLC accounts that received funds from CB 2506 were a Capital One account ending in 2565 ("CO 2565") and a PNC account ending in 9879 ("PNC 9879"), both of which were in the name John Williams Tech LLC.

21.     According to Capital One records, on or about May 1, 2020, CO 2565 was opened in the Arundel Mills area of Maryland, and had an address of 1829 Reisterstown Rd, Unit 350, Pikesville, Maryland – basically the same address used on CB 2506.  The sole signatory on CO

8

2565 was John Williams.  The CO 2565 records listed the South African passport A42165972 – the same one used to open CB 2506 -- as being associated with CO 2565.

22. On or about April 18, 2020, PNC 9879 was opened.  The sole signatory on the account was John Leki Williams.  Your affiant does not have information about the identification document used to open PNC 9879.

23. Based on dealership and bank records, funds from CO 2565 were used to purchase three luxury vehicles and funds from PNC 9879 were used also used to pay for one of those vehicles and a fourth luxury vehicle.

24. First, on or about September 9, 2020, funds from CO 2565 were used to purchase a $189,589 cashier's check made payable to a Massachusetts car dealership.  Records obtained from the Massachusetts dealership show that the $189,589 check was used to purchase a 2019 Mercedes Benz G-Class vehicle.  The dealer records included a copy of the South African John Williams' passport with passport number A42165972.  The purchaser was listed as John Williams.

25. According to U.S. government records, on or about November 16, 2020, a 2019 Mercedes Benz G-Class AMG bearing the same Vehicle Identification Number (VIN) associated with the vehicle purchased at the Massachusetts dealership was exported to a consignee in Lagos, Nigeria.  **Amao** is a U.S. Citizen, but was born in Nigeria.  The shipper was listed as John Williams Tech LLC.

26. Second, on or about September 11, 2020, a $170,386 check obtained from CO 2565 was made payable a Pennsylvania car dealership.  Records obtained from the Pennsylvania dealer show that the $170,386 check was used John Williams Tech LLC to purchase a 2019 Mercedes Benz G-Class vehicle, with VIN WDCYC7HJ6KX308245.

9

27. In addition, the records obtained from the Pennsylvania dealership regarding the vehicle purchased by John Williams Tech LLC contain a copy of what appears to be the same purported South African passport displayed above, as well as a copy of a purported U.S. visa in the name of John Williams. A crop of the visa image is included below.



28. Your affiant searched U.S. Department of State nonimmigrant visa records and found no record of this purported visa. Your affiant submits that there is probable cause to believe that (i) **Amao** is the person shown in this passport, (ii) **Amao** purchased the Mercedes from the Pennsylvania dealer and (iii) **Amao** provided the fraudulent John Williams passport as part of the purchase.

29. According to U.S. government records, on or about September 30, 2020, John Williams Tech LLC exported a 2019 Mercedes Benz G-Class vehicle bearing VIN WDCYC7HJ6KX308245 -- the same VIN listed in the Pennsylvania dealer records, to a consignee in Lagos, Nigeria.

30. Third, on or about September 16, 2020, funds from CO 2565 were used to purchase a $115,000 cashier's check payable to a New Jersey dealership. The $115,000 check was used to pay for a 2020 Mercedes Benz G-Class vehicle, bearing VIN W1NYC7HJ4LX352356. A cashier's check from PNC 9879 also appears to have been used to

10

partially pay for the vehicle.  The purchase documents from the New Jersey dealership list the vehicle purchaser as John Williams Tech.  The New Jersey dealer records also contained a copy of the South African John Williams' passport with passport number A42165972.  According to U.S. Government records, on or about October 30, 2020, John Williams Tech LLC exported a 2020 Mercedes Benz G-Class vehicle, bearing VIN W1NYC7HJ4LX352356 to a consignee in Lagos, Nigeria.

31. Fourth, on or about September 9, 2020, funds from PNC 9879 were used to purchase a $179,994 cashier's check payable to a North Carolina dealership.   The check was used to pay for a 2019 Mercedes Benz G-Class bearing VIN WDCYC7HJ0KX319323.  The purchase documents from the North Carolina dealership list the vehicle purchaser as John Williams Tech LLC.  According to U.S. Government records, on or about September 30, 2020, John Williams Tech LLC exported a 2019 Mercedes Benz G-Cass vehicle, bearing VIN WDCYC7HJ0KX319323 to a consignee in Lagos, Nigeria.

**D. Fraudulently Diverted Colorado Funds**

32. Based on records reviewed and the information available to-date, it appears that in or about August 2020, an unauthorized EFT update for "Colorado Hospital-1" was made.  This EFT update resulted in a Medicaid payment intended for "Colorado Hospital-1" being diverted to the CO 2565.  Bank records show that on or about September 17, 2020, approximately $610,000 intended for Colorado Hospital-1 was deposited into CO 2565.  Much of the money was recovered or frozen by Capital One and/or the other involved financial institution.

### E. Victim Ohio Law Firm

33. Your affiant's investigation has also developed probable cause to believe that **Amao** received other fraudulently obtained funds – outside of the payments discussed above -- into a bank account that he opened using the John Williams identity.

34. In or about January 2020, a Bank of America account ending in 9852 ("BOA 9852") was opened in the name of John Williams Tech LLC. BOA 9852 records show that one of the identification documents associated with the John Williams Tech accounts at Bank of America is a South African passport with the number A42165972. The only signatory on BOA 9852 was John Leki Williams.

35. On or about May 4, 2020, a $121,987 cashier's check made payable to John Williams Tech LLC was deposited into the BOA 9852. The remitter on the check was an Ohio law firm. Your affiant interviewed a representative of the Ohio law firm ("Person A") and learned that Person A's email account had been used without permission to fraudulently obtain the $121,987 cashier's check from the issuing bank.

36. BOA 9852 statements show a June 30, 2020 transaction for $43,228.83 with the description "Account Closing Transaction." In other records, your affiant found that there was a Bank of America cashier's check for $43,228.83 dated July 7, 2020. The cashier's check was made payable to John Williams Tech LLC. Your affiant believes this cashier's check was associated with the account closing transaction based on the closeness in time and the matching amount.

37. Your affiant obtained records from Wells Fargo for an account in the name of Prime Trucking LLC ending in 7721 ("WF 7721"). The only signatory on WF 7721 is **Amao.** On or about July 14, 2021, the $43,228.83 Bank of America cashier's check (payable to John

Williams Tech LLC) was endorsed or signed over to Prime Trucking LLC and deposited into WF 7721.

### F. Amao's 2018 Activities

38. Your affiant has obtained evidence that in or about December 2018, **Amao** used a South African passport bearing the name Donovan Maxwell to open a Woodforest National Bank account. The account was opened in the name of Dovmax Tech.LLC. In response to a subpoena for records relating to Dovmax Tech LLC, Woodforest National Bank provided an image of the South African passport shown below:



### G. Another Fraudulent Passport is Associated with John Williams Tech LLC's Business Address

39. According to business registration records and most of the bank and vehicle purchase records, the address for John Williams Tech LLC was 1829 Reisterstown Rd, Suite (or Unit) 350, Pikesville, Maryland. A company named Regus operates at 1829 Reisterstown Rd, Suite 350, Pikesville, Maryland. According to its website, Regus offers customers the opportunity to pay to use office space, co-working space, and virtual office space.

40. Regus records indicate that "Brain Scapers Technology System Inc. DBA John Williams Tech" had a "Mailbox Plus" virtual office at Regus' Pikeville location.[5] The client

---

[5] Many of the records from Regus just list the name Brain Scapers Technology Systems Inc.; however, others include the DBA John Williams Tech information.

13

listed on the Regus account was "Wale Pedro." Among the records provided by Regus was a purported South African passport in the name of Wale Samuel Pedro. A crop of the passport is included below.



41. When compared to the known image of **Amao** from the Maryland MVA (#1), as shown below, your affiant submits that there is probable cause to believe that **Amao** is the person shown on the Wale Pedro passport above (#2), as well as a portion of a better copy of the same passport (#3) (with the same passport number and other information), which your affiant obtained from a different Regus location for a different account,:



(#1)                    (#2)                    (#3)

14

42. Your affiant searched U.S. Government travel records for the name and date of birth on this purported Wale Pedro passport and searched for a South African passport with the passport number as well. These searches yielded no results. Your affiant also searched U.S. nonimmigrant visa records using the same data combinations and found no results. Additionally, your affiant obtained written confirmation from a South African government official that South Africa has no record of any South African passport bearing the name Wale Samuel Pedro (with the date of birth listed on the passport) or bearing passport number 485932846 in the Traveller's Record System.

### III. CONCLUSION

43. Your affiant submits based on the foregoing that there is probable cause to believe that in or about April 2020, **Amao** willfully and knowingly used a South African passport in the name John Williams, which was false, forged, counterfeited, or altered, in violation of 18 U.S.C. § 1543.

44. There is also probable cause to believe that **Amao** used the fraudulent South African John Williams passport to open additional bank accounts and to purchase luxury vehicles. Your affiant also submits that there is probable cause to believe **Amao** used a fraudulent South African passport in the name Wale Pedro at multiple Regus locations.

45. Your affiant further submits that this affidavit shows probable cause to believe that **Amao** received millions in fraudulently obtained funds, and converted a significant amount of funds into luxury vehicles that were exported to Nigeria.

Respectfully submitted,

*James J. Jenkins*
_____
James J. Jenkins
Special Agent
Diplomatic Security Service
U.S. Department of State

Affidavit submitted by email and attested to me as true and accurate by telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this <u>13th</u> day of May 2021.

_____
**DEBORAH L. BOARDMAN**
**UNITED STATES MAGISTRATE JUDGE**